UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES *ex rel.* <br> LEONARD H. LEBLANC III, <br><br> Qui Tam Plaintiff, <br><br> v. <br><br> ITT INDUSTRIES, INC., <br> ITT FEDERAL SYSTEMS <br> INTERNATIONAL CORP., and <br> ITT FEDERAL SYSTEMS <br> INTERNATIONAL LTD., <br><br> Defendants. | **Filed *ex parte* and *in camera.*** <br><br> **To be maintained under seal pursuant to 31 U.S.C. § 3729** *et seq.* <br><br> Civ. No. 07cv401 (SHS) |



## *EX PARTE* EMERGENCY MOTION TO SEAL ACTION UNDER THE CIVIL FALSE CLAIMS ACT

Plaintiff/Relator Leonard H. LeBlanc III ("Relator") filed a Complaint initiating this action on January 18, 2007. This action alleges violations under the False Claims Act, 31 U.S.C. § 3729 *et seq.* False Claims Act actions must be filed under seal, pursuant to 31 U.S.C. § 3730(b)(2) (2000). Therefore, the Complaint should be, but for reasons that are not presently clear, evidently is not filed under seal. Relator's counsel learned of this only this evening when contacted by several reporters. Relator therefore respectfully files this Emergency Motion asking the Court to seal this action.

**WHEREFORE,** Relator respectfully requests that the Court grant this Emergency Motion and order the Clerk to immediately seal this action. A proposed order is attached.

Dated:

January 18, 2007

                        Respectfully submitted.

                        *Melissa Roover*

                        Melissa A. Roover, SDNY MR-1163
                        Grayson & Kubli, P.C.
                        1420 Spring Hill Road, Suite 230
                        McLean, VA 22102
                        (703) 749-0000

                        Attorney for Qui Tam Plaintiff
                          Leonard H. LeBlanc III